UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-09897 DMG (CWx)** | Date | January 19, 2012 |
|---|---|---|---|
| Title | *Maria Reyes v. Wells Fargo Bank, N.A., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On December 28, 2011, the Court issued an order granting Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") motions to dismiss and strike portions of Plaintiff Maria Reyes's first amended complaint [Doc. # 12]. The Court ordered Reyes to file any amended complaint by January 12, 2012. As of the date of this Order, Reyes has not filed an amended complaint.

Federal Rule of Civil Procedure 41(b) authorizes district courts to dismiss actions *sua sponte* for failure to prosecute or to comply with court orders where the plaintiff has engaged in "unreasonable delay." *Omstead v. Dell, Inc.*, 594 F.3d 1081, 1084 (9th Cir. 2010); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005). In evaluating whether a Rule 41(b) dismissal is warranted, the Court must weigh the following factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions." *Omstead*, 594 F.3d at 1084 (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff shall filed her written response on or before **February 1, 2012**. Failure to file a timely response shall result in the dismissal of this action forthwith.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|